IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00828-WDM-MEH

DARLENE POWELL,

   Plaintiff,

v.

WAL-MART #3533, a foreign corporation,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2006.**

   Defendant's Motion to Compel Production of Rule 26(a) Disclosures and for Continuance of Settlement Conference Currently Scheduled for September 5, 2006 [Filed August 30, 2006; Docket #15] is **granted** in part and **taken under advisement** in part.

   Participation in court-hosted settlement conferences is on a voluntary basis and, in the interest of efficient case management, should be conducted at a time which would be most beneficial and productive in the case. Defendant has represented that it is not currently in a position to engage in meaningful settlement discussions at this time. Accordingly, it is ORDERED that the settlement conference scheduled in this matter for Tuesday, September 5, 2006, at 1:30 p.m., has been **cancelled**.

   Instead, the Court will hold a status conference with the parties to discuss the pending Motion to Compel Production of Rule 26(a) Disclosures filed by the Defendant on August 30, 3006, and any other case management concerns which the parties may have in this regard. At the conference, the parties should be prepared to informally discuss settlement of the case, to include the re-scheduling of a formal settlement conference at a later date. There is no requirement to submit confidential settlement documents/letters to the Court beforehand or to have parties present who shall have full authority to negotiate all terms and demands presented by the case.

   Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.