IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00828-WDM-MEH

DARLENE POWELL,

    Plaintiff,

v.

WAL-MART,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to exceed page limit or file amended opposition (doc. no. 34) is granted in part and denied in part.  The motion is denied to the extent the motions ask to exceed the page limit; and granted to the extent the motion asks for more time, to March 20, 2007.  (The exhibits need not be refiled unless they change. ) Doc. no. 32 is stricken for exceeding page limitations.  *See* Judge Miller's Pretrial and Trial Procedures.

Dated: March 6, 2007

                                                      s/ Jane Trexler, Judicial Assistant